## Appendix 1: Table of Contracts

| **No.** | **Date** | **Contract(s)** | **Trust Beneficiary: Citigroup Trust Manager** | **Pemex-Citigroup Relationship Managers** | **Cash Advance Product Managers** | **Oceanografía-Citigroup Relationship Managers** |
|---|---|---|---|---|---|---|
| 1. | **6/13/12** | 428231830 | No Trust | Mr. Rueda | Mr. Cervantes | Mr. Añorve |
| 2. | **6/21/12** | 428221805; 428221806; 428238877; 428238807; 428237849; 428228804; 421001825 | No Trust | Mr. Granja | Mr. Cervantes | Mr. Añorve |
| 3. | **6/25/12** | 428233804; 428232818; 428223811 | No Trust | Mr. Granja | Mr. Cervantes | Mr. Añorve |
| 4. | **6/25/12** | 420831803 | No Trust | Mr. Granja | Mr. Cervantes | Mr. Añorve |
| 5. | **6/29/12** | 428232804 | No Trust | Mr. Granja | Mr. Cervantes | Mr. Añorve |
| 6. | **7/9/12** | 428231821 | No Trust | Mr. Rueda | Mr. Cervantes | Mr. Añorve |
| 7. | **7/20/12** | 428231832 | No Trust | Mr. Rueda | Mr. Cervantes | Mr. Añorve |
| 8. | **8/17/12** | 428237855 | No Trust | Mr. Granja | Mr. Cervantes | Mr. Añorve |
| 9. | **10/15/12** | 428232813; 428822884; 420832824 | No Trust | Mr. Granja | Mr. Cervantes | Mr. Añorve |
| 10. | **11/9/12** | 428226834; 428228833; 421001823; 421001824; 421002805; 421002810; 428232808; 428232814; 428232816 | Rabobank: N/A10 | N/A | N/A | N/A |