## Appendix 2: Primary Citigroup Employees Involved in the Fraudulent Scheme

| NAME | TITLE | RESPONSIBILITIES | PUBLIC INFORMATION ABOUT ROLE IN FRAUDULENT SCHEME |
|---|---|---|---|
| **Juan P. Añorve** | ICG's OSA-Citigroup Relationship Manager<br><br>Mr. Añorve's email address included "[ICG-CIB]" or "[ICG-LATAM]" electronic stamps. Further, Mr. Añorve represented himself as a Citigroup employee by signing emails as an employee of "Banamex-Citi Corporate & Investment Bank." | Responsible for Citigroup's relationship with OSA, which included OSA's cash advance requests to Citigroup under nine Contract Guidelines governing 19 OSA-Pemex contracts.<br><br>Specifically, together with Mr. Cervantes, Mr. Añorve was responsible for receiving OSA's cash advance requests, including the Pemex work estimates and work estimate authorizations, and verifying with Pemex whether Pemex had signed the work estimates and work estimate authorizations submitted by OSA to Citigroup. | The Mexican banking regulator concluded in April 2014 that Mr. Añorve, among others, was criminally responsible for the fraudulent scheme. |
| **Roberto Gonzalez-Barrera** | CEO of Citigroup's ICG-GTS for Mexico (2010-2014).<br><br>Mr. Gonzalez-Barrera held himself out as a Citigroup employee by identifying himself as an employee of "Mexico, Citi." | Responsible for cash advance facilities in Mexico, including the OSA cash advance facility/ | Citigroup terminated Mr. Gonzalez-Barrera as a result of the fraudulent scheme. |

| NAME | TITLE | RESPONSIBILITIES | PUBLIC INFORMATION ABOUT ROLE IN FRAUDULENT SCHEME |
|---|---|---|---|
| **Emilio Granja** | ICG's Pemex-Citigroup Relationship Manager and a Citigroup Managing Director (2010-2014).<br><br>Mr. Granja's email address included "[ICG-CIB]" or "[ICG-LATAM]" electronic stamps. | Responsible for Citigroup's relationship with Pemex, which included OSA's cash advance requests to Citigroup under eight Contract Guidelines governing 19 OSA-Pemex contracts.<br><br>Responsibilities included authorizing cash advance credit facilities for Pemex contractors. He was also responsible for maintaining regular communication with Citigroup's public-sector global leaders.<br><br>Mr. Granja signed the Regulatory Contract on behalf of Citigroup and approved increases in the cash advance limit for OSA. | The Mexican banking regulator concluded in April 2014 that Mr. Granja, among others, was criminally responsible for the fraudulent scheme.<br><br>Citigroup terminated Mr. Granja in the wake of revelations surrounding the fraudulent scheme. |
| **Erik Cervantes-Murillo** | ICG's Cash Advance Product Manager.<br><br>Mr. Cervantes had the following Citigroup email address: erik.cervantesmurillo@citi.com.<br><br>Mr. Cervantes used his @citi.com email address to send fraudulent cash advance requests to employees in Citigroup's | Responsible for reviewing OSA's cash advance requests to Citigroup under ten Contract Guidelines governing twenty OSA-Pemex contracts. Specifically, together with Mr. Añorve, Mr. Cervantes was | Mr. Cervantes was arrested by the Mexican police on February 21, 2014 for stealing several boxes of documents from Citigroup's branch in Ciudad del Carmen. The |

| NAME | TITLE | RESPONSIBILITIES | PUBLIC INFORMATION ABOUT ROLE IN FRAUDULENT SCHEME |
| --- | --- | --- | --- |
| | headquarters in Mexico City responsible for processing cash advance requests (the "Cash Advance Product Analysts") to obtain payment for OSA.<br><br>Mr. Cervantes' email address included an "[ICG-TTS]" electronic stamp | responsible for receiving OSA's cash advance requests, including the Pemex work estimates and work estimate authorizations, and verifying with Pemex whether Pemex had signed the work estimates and work estimate authorizations submitted by OSA to Citigroup. | Mexican banking regulator concluded in April 2014 that Mr. Cervantes, among others, was criminally responsible for the fraudulent scheme. The Mexican government charged Mr. Cervantes with fraud and obtained an arrest warrant against him in May 2014. Citigroup terminated Mr. Cervantes as a result of the fraudulent scheme. |