**Appendix 3: Additional Citigroup Employees Involved in the Fraudulent Scheme**

| NAME | TITLE | RESPONSIBILITIES | PUBLIC INFORMATION ABOUT ROLE IN FRAUDULENT SCHEME |
|---|---|---|---|
| **Javier Arriguanaga** | Banamex's CEO. | Responsible for Citigroup's ICG operations in Mexico . | Resigned in October 2014 due to the fraud. |
| **Alonso Garcia-Tames** | Citigroup's Public Sector Head in Mexico (since 2011) and based in New York, New York.<br><br>Mr. Garcia-Tames used a Citigroup email address: (alonso.garcia@citi.com). | Responsible for Citigroup's relationship with Pemex and supervised Mr. Granja. | N/A |
| **Samuel Libnic** | Citigroup's head of legal matters for Latin America (as of February 2014), based at Citigroup's Latin American headquarters in Miami, Florida. | The legal department of Banamex reported to Mr. Libnic. Mr. Libnic led Citigroup's audit into its cash advance facility with OSA. | N/A |
| **Alfonso Ortega-Brehm** | ICG's Corporate Banking Director (from approximately 2010 to 2014).<br><br>Mr. Ortega-Brehm's email address included "[ICG-CTS]" or "[ICG-GTS]" electronic stamps. | Mr. Ortega-Brehm was responsible for supervising and marketing cash advance credit facilities in order to "accomplish . . . the objectives . . . of Citibank." Mr. Ortega-Brehm signed the Regulatory Contract on behalf of Citigroup. | The Mexican banking regulator found Mr. Ortega-Brehm criminally responsible for the fraud, and Citigroup terminated him as a result. |

| NAME | TITLE | RESPONSIBILITIES | PUBLIC INFORMATION ABOUT ROLE IN FRAUDULENT SCHEME |
|---|---|---|---|
| **Vanessa Ramirez, Rene T. Lopez-Arevalo, Guillermo Perez-Elizundia, and Guadalupe Angelica Ruiz-Martinez** | Citigroup Cash Advance Product Analysts.<br><br>Ms. Ramirez had a Citigroup email address (vanessa.ramirezsegura@citi.com) and represented herself as a Citigroup employee by signing emails as an employee of "Banamex-Citigroup."<br><br>Messrs. Lopez-Arevalo and Perez-Elizundia and Ms. Ruiz-Martinez used email addresses including a [ICG-GTS] electronic stamp. | Responsible for reviewing cash advance requests from OSA to ensure they were consistent with Pemex-OSA contracts. | The Mexican banking regulator concluded these individuals were criminally responsible for the fraudulent scheme. |
| **Sergio Torres-Lebrija** | Manager of the ICG cash advance facilities in Mexico.<br><br>Mr. Torres' email address included an "[ICG-TTS]" electronic stamp. | On information and belief, responsible for supervising and managing the Citigroup cash advance product analysts among other responsibilities and duties | The Mexican banking regulator concluded in April 2014 that Mr. Torres, among others, was criminally responsible for the fraudulent scheme. Citigroup terminated Mr. Torres as a result of the fraudulent scheme. |
| **Jose Angel Castillo-Guerrero** | Manager of ICG's cash advance facility in Mexico. | On information and belief, responsible for supervising and managing the Citigroup cash advance product analysts among other responsibilities and duties | The Mexican banking regulator concluded Mr. Castillo-Guerrero, among others, was criminally responsible for the fraudulent scheme. |

| NAME | TITLE | RESPONSIBILITIES | PUBLIC INFORMATION ABOUT ROLE IN FRAUDULENT SCHEME |
|---|---|---|---|
| **Ricardo Garcia Salgado** | Manager of ICG's cash advance facilities in Mexico. | On information and belief, responsible for supervising and managing the Citigroup cash advance product analysts among other responsibilities and duties | The Mexican banking regulator concluded Mr. Salgado, among others, was criminally responsible for the fraudulent scheme. |
| **Jose Antonio Ortega-Rivera** | ICG employee. | Responsible for cash advances in Mexico. | N/A |
| **Susana Heredia** (manager of three trusts), **Eunice Barrera-Montañez** (manager of at least two trusts), **Leticia Vergara Pino** (who managed at least two trusts), and **Jose Hugo Salazar** (who managed the Rabobank Trust). | Citigroup Trust Manager.<br><br>Each Trust Manager's email address included "[ICG-SFS]," "[ICG-LATAM]," "[ICG-GTS]" or "[ICG-CTS]" electronic stamps. Moreover, Mr. Salazar used an @citi.com email address and signed his emails as "VP Client Services ICG." | Managed trusts that received OSA's revenue from Pemex contracts and cash advances from Citigroup for services provided to Pemex by OSA.<br><br>OSA created these trusts to pay creditors, including Plaintiff Rabobank. | N/A |

| NAME | TITLE | RESPONSIBILITIES | PUBLIC INFORMATION ABOUT ROLE IN FRAUDULENT SCHEME |
|---|---|---|---|
| | | | |
| **Frederico Solorzano-Arrache** | ICG Director of Credit. | Either Mr. Granja or Mr. Solorzano approved all of OSA's cash advance limit increases | Citigroup terminated Mr. Solorzano in the wake of revelations surrounding the fraudulent scheme. |
| **Manuel Medina-Mora** | Co-President of Citigroup.<br><br>Mr. Medina-Mora became a Citigroup official after rising through the ranks of Banamex. His roles included: General Manager of Banamex Group (1996 – January 2010), General Manager of Banamex (2001-2006), and Chairman of the Board of Directors of Banamex and the Banamex Group (2013-2015). In 2013, he became the Co-President of Citigroup and remained in that position until his resignation | | Mr. Medina-Mora resigned as a result of the fraudulent scheme. |