# TABLE OF CONTENTS

**Page**


KEY FOR APPENDIX 4: ..... 1

APPENDIX 4: ..... 2

Adar ..... 2

Ashmore ..... 2

Copernico ..... 5

GPF II ..... 6

HBK ..... 10

ICE ..... 12

Moneda ..... 16

Nordic Trustee ..... 19

Waypoint ..... 20

Otto Candies ..... 21

Coastline ..... 24

De Hoop ..... 25

Gulf ..... 27

Halani ..... 28

Madisa ..... 29

Rabobank ..... 30

# KEY FOR APPENDIX 4:
# FRAUDULENT MISREPRESENTATIONS AND MATERIAL OMISSIONS CHART

| Shorthand | Meaning |
|---|---|
| Citi | Citigroup, including ICG employees and Banamex employees under the direction and supervision of the ICG |
| False documentation | The documentation submitted by OSA to Citi in connection with the cash advance facility was false, including because it contained false signatures and was for services not provided |
| False security controls | The facility controls were false because (i) Citi was not, in fact, in control of ensuring the validity of the documentation, but rather OSA was in control of such process; (ii) Citi was advancing payments based on false documents; and (iii) Citi was advancing more than it should under the contracts because the face amount of the invoices exceeded the contracts' values |
| False financial projections | OSA's financial statements and projections were false including because they contained false revenue and profitability projections premised on a cash advance facility that was, in actuality, unstable, unreliable and propped up by false documentation |
| Fraud | Citi and OSA were engaged in a fraud from 2008 (on information and belief) |
| Finances deteriorating | OSA's finances were deteriorating |
| Cash advance failing | The cash advance facility upon which OSA relied for liquidity and cash flow was failing including because (i) the facility had false and weak controls, (ii) Pemex was refusing to pay Banamex on invoices for which it had advanced OSA funds under the cash advance facility; and (iii) Citi, through Banamex, was incurring significant liabilities in connection with the cash advance facility |
| Financial health | OSA was financially healthy |
| Internal investigation | Citi had commenced an internal investigation into the fraud perpetrated by Citi and OSA |
| Freeze cash advance | Citi intended to freeze, or had already frozen, the cash advance facility because Pemex had stopped paying Citi on OSA's invoices |
| Terminate cash advance | Citi intended to terminate the cash advance facility, OSA's primary and most important source of liquidity and cash flow, thereby threatening OSA's survival |
| Liabilities | Citigroup, through Banamex, was incurring significant liabilities in connection with the cash advance facility |
| Pemex refused to pay | Pemex refused to pay Banamex on OSA invoices |
| Continued doing business | Decided to continue doing business with OSA |
| * | Plaintiffs allege, upon information and belief, that… |

## APPENDIX 4:
## FRAUDULENT MISREPRESENTATIONS AND MATERIAL OMISSIONS CHART

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| | | | | **Adar**, *see* Section XIV(F) | |
| OSA* | 8/2013 | Email* | Adar | Material omissions<br>• False documentation<br>• False security controls<br>• False financial statements<br>• Fraud | 2013-2014:<br><br>Acquired 2008 Bonds; retained 2008 Bonds |
| Pareto | 9/2013 | Email* | Adar | Fraudulent misrepresentations<br>• Financial health<br>• Bondholders would be protected by Mexican Trust, Banamex as fiduciary, and waterfall structure<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• False financial statements<br>• Fraud | 2013-2014:<br><br>Acquired 2008 Bonds; retained 2008 Bonds |
| | | | | **Ashmore**, *see* Section XIV(G) | |
| Citi | 2010-2013 | Call* | Fatma Kamara | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Acquired 2008 Bonds in 2012-2013 |
| Citi | 2/2014 | Call | Ashmore's counsel | Material omissions<br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in late 2013 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA (Amado Yáñez) | 7/16/2009* | Email | Andrew Edmondson | <u>Material omissions</u><br>• Finances deteriorating<br>• Cash advance failing<br>• Fraud<br>• False documentation<br>• False security controls<br>• False financial statements | Acquired 2008 Bonds in 2009 |
| OSA (Amado Yáñez) | 9/30/2010 | Call | Fatma Kamara | <u>Material omissions</u><br>• Finances deteriorating<br>• Cash advance failing<br>• Fraud | Acquired 2008 Bonds in 2009-2010 |
| OSA's financial consultant | 10/2010 | | Ashmore | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Acquired 2008 Bonds in 2012-2013 |
| OSA (Jorge Betancourt) | 1/7/2011 | Email | Ashmore | <u>Material omissions</u><br>• OSA failed to update/correct its 2009 and 2010 financial statements<br>• False documentation<br>• False security controls<br>• Fraud | Acquired 2008 Bonds in 2011-2012 |
| OSA's financial consultant | 6/2011 | Call | Fatma Kamara | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Acquired 2008 Bonds in 2012-2013 |
| OSA's financial consultant | 1/27/2012 | Mtg | Fatma Kamara | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Acquired 2008 Bonds in 2012-2013 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA (Jorge Betancourt) | 2/28/2012 | Email | Ashmore | Material omissions<br>• OSA failed to update/correct its 2009 and 2010 financial statements<br>• False documentation<br>• False security controls<br>• Fraud | Acquired 2008 Bonds in 2011-2012 |
| Pareto | 9/2013 | Email | Fatma Kamara | Fraudulent misrepresentations<br>• Financial health<br>• Bondholders would be protected by Mexican Trust, Banamex as fiduciary, and waterfall structure<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Acquired 2008 Bonds in 2013; retained 2008 Bonds in 2013 and thereafter |
| OSA (Amado Yáñez & other OSA principals) & Pareto | 9/6/2013 | Mtg | Ashmore | Fraudulent misrepresentations<br>• Financial health<br>• Bondholders would be protected by Mexican Trust, Banamex as fiduciary, and waterfall structure<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Acquired 2008 Bonds in 2013; retained 2008 Bonds in 2013 and thereafter |
| Pareto | 10/28/2013 | Email | Ashmore | Fraudulent misrepresentations<br>• OSA would honor its obligations<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2013 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA (Amado Yáñez) | 2/21/2014 | Call | Ashmore's counsel | <u>Material omissions</u><br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in 2014 |
| OSA | 2/24/2014 | Call | Ashmore's counsel | <u>Material omissions</u><br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in 2014 |
| OSA (Amado Yáñez) | 2/26/2014 | Call | Ashmore's counsel | <u>Material omissions</u><br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in 2014 |
| **Copernico**, *see* Section XIV(H) | | | | | |
| OSA (Amado Yáñez) | 3/2013 | Mtg | Federico Carballo | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Acquired and retained 2008 Bonds in 2013-2014 |
| Morgan Stanley based on info from Citi & OSA | 5/2013* | Email* | Copernico | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Acquired and retained 2008 Bonds in 2013-2014 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| Pareto | 9/9/2013 | Mtg | Federico Carballo | Fraudulent misrepresentations<br>• Financial health<br>• Bondholders would be protected by Mexican Trust, Banamex as fiduciary, and waterfall structure<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2013 |
| | | | | **GPF II**, *see* Section XIV(I) | |
| Citi | 2/2014 | Call | GPF II's counsel | Material omissions<br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds |
| OSA (Amado Yáñez); Morgan Stanley based on info from OSA | Early summer 2008 | Mtg | Brian Gilmore, Kevin Corrigan & Patrick Songsanand | Material omissions<br>• OSA's true financial condition<br>• False security controls<br>• Fraud | Acquired 2008 Bonds in 2008 |
| OSA (Amado Yáñez, Mr. Barnes & other OSA senior executives) | 8/17/2008 | Mtg | Kevin Corrigan & Brian Gilmore | Material omissions<br>• Finances deteriorating<br>• False financial projections<br>• False security controls<br>• Pemex refused to pay<br>• Liability<br>• Fraud | Retained 2008 Bonds in 2008 and 2009 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA (Mr. Gaona) | 9/8/2009 | Call | Kevin Corrigan | Material omissions<br>• Finances deteriorating<br>• False financial projections<br>• False security controls<br>• Pemex refused to pay<br>• Liability<br>• Fraud | Retained 2008 Bonds in 2008 and 2009 |
| Mr. Gaona (OSA) | 9/11/2009 | Call | Kevin Corrigan | Material omissions<br>• Finances deteriorating<br>• False financial projections<br>• False security controls<br>• Pemex refused to pay<br>• Liability<br>• Fraud | Retained 2008 Bonds in 2008 and 2009 |
| OSA (Amado Yáñez & other OSA senior executives) | 10/2009 | Mtg | Kevin Corrigan & Niranjan Ravindran | Material omissions<br>• Finances deteriorating<br>• False financial projections<br>• False security controls<br>• Pemex refused to pay<br>• Liability<br>• Fraud | Retained 2008 Bonds in 2008 and 2009 |
| OSA's financial consultant | 2/28/2011 | Mtg | Brian Gilmore & Kevin Corrigan | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2010-2013 |
| OSA's financial consultant | 3/10/2011 | Call | Kevin Corrigan | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2010-2013 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA's financial consultant | 3/24/2011 | Call | Kevin Corrigan | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2010-2013 |
| OSA's financial consultant | 4/6/2011 | Call | Kevin Corrigan | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2010-2013 |
| OSA (Jorge Betancourt) | 2/2012 | Email | TCW (EIG predecessor) | <u>Material omissions</u><br>• False financial statements<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2010-2013 |
| OSA's financial consultant | 7/12/2012 | Call | Kevin Corrigan | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2010-2013 |
| OSA's financial consultant | 9/25/2012 | Call | Kevin Corrigan | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2010-2013 |
| OSA's financial consultant | 1/17/2013 | Call | Kevin Corrigan | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2010-2013 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| Pareto | 9/9/2013 | Email | Brian Gilmore & Patrick Songsanand | <u>Fraudulent misrepresentations</u><br>• Financial health<br>• Bondholders would be protected by Mexican Trust, Banamex as fiduciary, and waterfall structure<br>• False financial projections<br><u>Material omissions</u><br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2013 |
| Pareto | 10/28/ 2013 | Email | Brian Gilmore & Kevin Corrigan | <u>Fraudulent misrepresentations</u><br>• OSA would honor its obligations under the bareboat charter<br><u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2013 |
| OSA (Jorge Betancourt) | 11/13/ 2013 | Email | Brian Gilmore, Kevin Corrigan & Patrick Songsanand | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2013 |
| OSA (Jorge Betancourt) | 1/22/2014 | Email[1] | Brian Gilmore, Kevin Corrigan & Patrick Songsanand | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2014 |

[1] On January 28, 2014, OSA held a conference with the 2008 Bondholders regarding recent media allegations against OSA. EIG did not participate, but, the next day, Jorge Betancourt Méndez emailed Messrs. Gilmore and Mr. Corrigan a link to download a recording of the conference call, which Messrs. Gilmore, Corrigan, and others at EIG listened to.

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA (Jorge Betancourt) | 2/21/2014 | Call | GPF II's counsel | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in 2014* |
| OSA | 2/24/2014 | Call | GPF II's counsel | <u>Material omissions</u><br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in 2014. |
| OSA (Amado Yáñez) | 2/26/2014 | Call | GPF II's counsel | <u>Material omissions</u><br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in 2014 |
| **HBK**, *see* Section XIV(J) | | | | | |
| GMP Securities, LLC, based on info from OSA | 6/26–27/ 2013 | Email | Pijus Virketis | <u>Fraudulent misrepresentation</u><br>• Financial health<br>• The cash advance facility was stable and reliable<br><u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud<br>• OSA failed to correct the information in the Broker Package | Acquired 2008 Bonds in 2013 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| GMP Securities, LLC, based on info from OSA | 8/15/2013 | Email | Pijus Virketis | Fraudulent misrepresentation<br>• Financial health<br>• The cash advance facility was stable and reliable<br>Material omissions<br>• Fraud<br>• False financial projections<br>• False documentation<br>• False security controls | Retained 2008 Bonds in 2013 |
| OSA & Pareto | 9/5/2013 | Mtg | Dmitri Mirovitski | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Acquired and retained 2008 Bonds in 2013 |
| OSA (Amado Yáñez) & Pareto | 9/6/2013 | Mtg | Pijus Virketis | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Acquired and retained 2008 Bonds in 2013 |
| Pareto | 9/2013 | Email* | HBK | Fraudulent misrepresentations<br>• Financial health<br>• Bondholders would be protected by Mexican Trust, Banamex as fiduciary, and waterfall structure<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Acquired and retained 2008 Bonds in 2013 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| Pareto | 10/28/ 2013 | Email | HBK | Fraudulent misrepresentations<br>• OSA would honor its obligations<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2013 |
| Citi and OSA | 12/12/2013 | Email* | Pijus Virketis | Fraudulent misrepresentation<br>• Financial health<br>• The cash advance facility was stable and reliable<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained the 2008 and 2013 Bonds in 2013-2014 |
| OSA | 2/14/2014 | Call | Peter Diepenmaat | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in February 2014 |
| | | | | **ICE**, *see* Section XIV(K) | |
| Citi (Louis Piscitelli) | 2/23/2011 | Email | Aneesh Partap | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2011 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| Citi (Louis Piscitelli) | 1/20/2012 | Email | Said Saffari | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2011 |
| Citi (Louis Piscitelli) | 2/2012 | Email | Said Saffari | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2011 |
| Morgan Stanley, based on info from Citi & OSA | 7/2008 | Email | ICE | Fraudulent misrepresentations<br>• Financial health<br>• OSA had positive future business prospects and profit projections<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Purchased 2008 Bonds |
| Mr. Orfy (Citi) | 8/5/2011 | Email | Said Saffari | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2011 |
| OSA's financial consultant | 2/28/2011 | Mtg | Said Saffari | Material omissions<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2011 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA's financial consultant | 2/13/2013 | Email | ICE | <u>Material omissions</u><br>• Cash advance failing<br>• Fraud<br>• False financial projections<br>• False documentation<br>• False security controls | Acquired and retained 2008 Bonds in 2013 |
| Pareto | 9/3/2013 | Email | ICE | <u>Fraudulent misrepresentations</u><br>• Financial health<br>• Bondholders would be protected by Mexican Trust, Banamex as fiduciary, and waterfall structure<br><u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2013 |
| OSA's financial consultant | 1/21/2014 | Call | Hector Rocha & Patrick Free | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2014 |
| GMP based on OSA press release | 1/2014 | Email | Joel Singson | <u>Fraudulent misrepresentations</u><br>• OSA acted legally and complied with Pemex guidelines and regulations<br><u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in 2014 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA (Amado Yáñez) | 1/28/2014 | Call | ICE | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2014 |
| Banamex & Citi | 2/2014 | Call | ICE's counsel | Material omissions<br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in 2014 |
| OSA | 2/14/2014 | Call | ICE's counsel | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in 2014 |
| OSA's financial consultant | 2/20/2014 | Email | Hector Rocha | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in 2014 |
| OSA | 2/21/2014 | Call | ICE's counsel | Material omissions<br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in 2014 |
| OSA (Amado Yáñez) | 2/24/2014 | Call | ICE's counsel | Material omissions<br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in 2014 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA (Amado Yáñez) | 2/26/2014 | Call | ICE's counsel | Material omissions<br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in 2014 |
| | | | **Moneda**, *see* Section XIV(L) | | |
| Citi (Louis Piscitelli) | 7/15/2013* | Email | George Atuan | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2013; acquired 2013 Bonds in 2013 |
| Citi (Alberto Pandolfi, Octavio Molmenti * others) & OSA (Jorge Betancourt) | 12/3/2013 | Mtg | Javier Montero | Fraudulent misrepresentations<br>• Financial health<br>• The cash advance facility was stable and reliable<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds and retained 2013 Bonds in 2013 |
| OSA (Amado Yáñez) | 12/2009 | Mtg | Fernando Tisné | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Acquired and retained 2008 Bonds in 2009 and 2010 |
| OSA's financial consultant | 2013-2014 | Calls | George Atuan | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2013/14; acquired and retained 2013 Bonds in 2013/14 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA (Jorge Betancourt) | 7/11/2013 | Email | George Atuan | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2013; acquired 2013 Bonds in 2013 |
| Pareto banker | 6-9/2013 | Mtg | George Atuan | <u>Fraudulent misrepresentations</u><br>• OSA could not access facility before bondholders were paid<br>• The cash advance facility was 100% secure<br><u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2013; acquired 2013 Bonds in 2013 |
| Pareto and/or the Investors' Site | 9/2013 | Email | Moneda | <u>Fraudulent misrepresentations</u><br>• Financial health<br>• Bondholders would be protected by Mexican Trust, Banamex as fiduciary, and waterfall structure<br><u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2013; acquired 2013 Bonds in 2013 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA's financial consultant | 10/3/2013 | Mtg | Fernando Tisné | Fraudulent misrepresentations<br>• The cash advance facility was stable and reliable<br>• Citi monitored OSA and Pemex<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2013; acquired and retained 2013 Bonds in 2013 |
| OSA's financial consultant | 1/4/2014 | Call | George Atuan | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 and 2013 Bonds in 2014 |
| OSA's financial consultant | 1/21/2014 | Call | George Atuan | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 and 2013 Bonds in 2014 |
| OSA (Amado Yáñez) | 1/28/2014 | Call | George Atuan | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 and 2013 Bonds in 2014 |
| OSA (Jorge Betancourt) | 2/14/2014 | Call | Moneda's counsel | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 and 2013 Bonds in 2014 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| Citi | 2/21/2014 | Call | Moneda's counsel | Material omissions<br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 and 2013 Bonds in 2014 |
| OSA | 2/24/2014 | Call | Moneda's counsel | Material omissions<br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 and 2013 Bonds in 2014 |
| OSA | 2/26/2014 | Call | Moneda's counsel | Material omissions<br>• Fraud<br>• Internal investigation<br>• Terminate cash advance | Retained 2008 Bonds in 2014 |
| **Nordic Trustee**, *see* Section XIV(M) | | | | | |
| Pareto* | 7–12/ 2013 | Email* | Nordic Trustee | Fraudulent misrepresentations<br>• Financial health<br>• Bondholders would be protected by Mexican Trust, Banamex as fiduciary, and waterfall structure<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Did not act to protect 2013 Bond-holders in 2013 |
| OSA (OSA Investors' Site)* | 10/2013; 2/2014 | Email | Nordic Trustee | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Did not act to protect 2013 Bond-holders before finding of fraud |
| OSA | 10/2013; 2/2014 | Call | Nordic Trustee | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Did not act to protect 2013 Bond-holders before finding of fraud |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA and Pareto | 12/2013 | | Nordic Trustee | Fraudulent misrepresentations<br>• OSA would honor its obligations<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Did not act to protect 2013 Bond-holders before finding of fraud |
| **Waypoint**, *see* Section XIV(N) | | | | | |
| OSA (Jorge Betancourt) | 5/9/2013 | Mtg | Jose Pedreira | Fraudulent misrepresentation<br>• Amounts advanced to OSA should not be considered an OSA debt or liability<br>Matrial omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Acquired and retained 2008 Bonds in 2013 |
| OSA (Amado Yáñez) | 5/10/2013 | Mtg | Jose Pedreira | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Acquired and retained 2008 Bonds in 2013 |
| Pareto | 9/2013 | Mtg | Gonzalo Romero | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2013 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA (Jorge Betancourt) | 9/2013 | Call | Gonzalo Romero | Fraudulent misrepresentations<br>• OSA will pay based on facility with Banamex<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Retained 2008 Bonds in 2013 |
| Citi and OSA | 12/3/ 2013 | Mtg | Jose Pedreira | Material omissions<br>• False documentation<br>• False security controls<br>• Fraud | Acquired and retained 2008 Bonds after Dec 2013 |
| **Candies**, *see* Section XV(B) | | | | | |
| Citi (Mr. Ortega-Rivera, Mr. Granja) & OSA (OSA's financial consultant, Mr. Yáñez, & Mr. Olvera) | 5/13/2011 | Mtg | Candies | Fraudulent misrepresentations<br>• Citi was helping OSA to restructure its debt to Candies<br>• Restructuring negotiations would speed up after a meeting with Banamex<br>• OSA would pay its debt to Candies out of "moral obligation"<br>Material omissions<br>• False documentation<br>• Cash advance failing<br>• False security controls<br>• Fraud<br>• False financial projections | Kept leases in 2011<br>Restructured OSA's debt |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| Citi (Messrs. Granja, Ortega-Brehm, López-Arevalo & Juan Pablo Anorve) | 9/14/ 2012 | Email | Candies | Material omissions<br>• False documentation<br>• False security controls<br>• Fraud | Continued doing business in 2012 |
| Citi (Messrs. Granja, López-Arevalo, Ortega-Brehm) | 9/21 /2012 | Email | Candies | Material omissions<br>• False financial projections<br>• False documentation<br>• Cash advance failing<br>• Fraud<br>• Cash advance failing | Continued doing business in Sept 2012 |
| Citi (Mr. Granja) & OSA | 9/26/ 2012 | Call | Candies | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud<br>• Cash advance failing | Continued doing business in Sept 2012 |
| Citi (Mr. Granja, Mr. Cardenas, Mr. Cagigas, Ricardo Garduño López, and Mr. Santamarina | 2/19/ 2014 | Call | Candies' counsel | Fraudulent misrepresentations<br>• Financial health<br>• OSA could weather the current financial storm<br>• OSA would be "covered" once Pemex reopened the contracts<br>• Citi and Banamex were working with OSA to pay creditors and hired a consultant<br>Material omissions<br>• Internal investigation<br>• Terminate cash advance | Did not recover $120MM owed by OSA and extract vessels from MX in 2014* |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA's financial consultant | 4/29/ 2011 | Call | Candies | Fraudulent misrepresentations<br>• Consultant would give Candies access to income and cash flow from cash advance facility to cover OSA's debt to it<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Kept leases in 2011 |
| OSA* | 5/23/2011 | Mtg* | Candies | Material omissions<br>• False documentation<br>• False security controls<br>• Fraud<br>• False financial projections | Entered May 2011 Stock Agreement |
| OSA (OSA's financial consultant & Amado. Yáñez) | 8/14/2012 | Mtg | Candies | Material omission<br>• Fraud | Entered Restructuring Agreement on August 14, 2012 |
| OSA* | 9/28/2012 | Email* | Candies | Material omissions<br>• False financial projections<br>• False documentation<br>• Cash advance failing<br>• Fraud<br>• Cash advance failing | Continued doing business in September 2012 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| | | | | **Coastline**, *see* Section XV(C) | |
| OSA (Amado Yáñez) | 2008 | Mtg | Coastline | Material omissions<br>• Finances deteriorating<br>• False financial projections<br>• False security controls<br>• Pemex refused to pay<br>• Liabilities | Leased Caballo Maya and Caballo Marango to OSA |
| OSA | 9/11/ 2011 | Email | Coastline | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud<br>• Cash advance failing | Maintained Caballo Maya and Caballo Marango charters in 2011 and 2012 |
| OSA (Amado Yáñez & other OSA principals) | 4/30/2012 | Mtg | Terry Highlands and other Coastline principals | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud<br>• Cash advance failing | Maintained Caballo Maya and Caballo Marango charters in 2012 |
| Attorney managing OSA's relationship with Coastline | 8/22/2012 | Email | Coastline | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud<br>• Cash advance failing | Maintained Caballo Maya and Caballo Marango charters in 2012 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA | September 2013 | Mtg | Coastline | Fraudulent misrepresentations<br>• Financial health<br>• Bondholders would be protected by Mexican Trust, Banamex as fiduciary, and waterfall structure<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• False financial statements<br>• Fraud | Maintained Caballo Maya and Caballo Marango in 2013 |
| **De Hoop**, *see* Section XV(D) | | | | | |
| OSA (Jose Ortega-Rivera) | 10/2012 | Email | Patrick Janssens | Fraudulent misrepresentations<br>• OSA's financial condition had improved<br>• Suggested new business between OSA and Pemex<br>• Financial health<br>Material omissions<br>• False documentation<br>• False security controls<br>• Citi advanced more than it should under the contracts<br>• Cash advance failing<br>• False financial projections<br>• OSA hired Mr. Ortega-River after being fired from Citi for bribery and kickbacks to OSA | Agreed to new shipbuilding contracts for OSA in 2012 |
| Mr. Yáñez (OSA) | 5/2010 | Mtg | Patrick Janssens | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• False financial statementsFraud | Renegotiated Rabobank loans; kept providing services to OSA |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA | 9/6/2011 | Email* | Patrick Janssens | Fraudulent misrepresentations<br>• OSA would have positive cash flow from 2011-2015<br>• Financial health<br>Material omissions<br>• False documentation<br>• False security controls<br>• Fraud<br>• False financial projections | Amended Rabobank Trust; built more vessels for OSA in 2011 |
| OSA | 3/2/2012 | Email* | De Hoop | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Built new vessels for OSA in 2012 |
| OSA's financial consultant | Late 2012 - early 2013 | Mtg | Patrick Janssens | Material omissions<br>• False documentation<br>• False security controls<br>• Fraud | Sold 7 more vessels to OSA in 2012-2013* |
| OSA | 9/4/2013 | Email* | Patrick Janssens | Fraudulent misrepresentations<br>• Financial health<br>• Bondholders would be protected by Mexican Trust, Banamex as fiduciary, and waterfall structure<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• False financial statements<br>• Fraud | Agreed to keep building more vessels and be paid through Rabobank Trust in 2013 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| Rabobank based on info from Citi and OSA | 2012-2014 | Email | De Hoop | <u>Fraudulent misrepresentation</u><br>• Financial health<br>• OSA updated its financial presentations on a regular basis<br>• OSA was highly liquid because of the Banamex factoring program<br><u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Built new ships for OSA in 2012; Continued doing business in 2012-2014 |
| **Gulf**, *see* Section XV(E) | | | | | |
| Citi (Emilio Granja) & OSA (Amado Yáñez, OSA's financial consultant & other OSA principals) | 4/5/2011 | Mtg | Arne Hall | <u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Leased Titan 2 to OSA; kept Titan 2 lease in 2011-2014 |
| OSA (Amado Yáñez) | 5/2/2011 | Mtg | Arne Hall | <u>Fraudulent misrepresentations</u><br>• OSA would timely pay Gulf<br>• Financial health<br><u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Kept Titan 2 lease in 2011-2014 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| **Halani**, *see* Section XV(F) | | | | | |
| Citi (through OSA and shipping broker) | 1/2/2012 | Email with Standby Letter of Credit | Halani | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Entered into lease agreement with OSA relating to Halani 1 |
| Citi employees& OSA (Amado Yáñez, OSA's financial consultant) | 5/9/2013 | Mtg | Ashok Bhambhani | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Did not terminate OSA's lease of the Halani 1 |
| OSA | In or around early 2012 | Email* | Halani | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Leased Halani 1 to OSA in 2012; did not terminate OSA's lease of the Halani 1 between 2012-2014 |
| OSA's financial consultant | 2013 | Mtg | Ashok Bhambhani | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Did not terminate OSA's lease of the Halani 1 in 2013 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| Pareto | In or around summer and fall 2013 | Email* | Ashok Bhambani | Fraudulent misrepresentations<br>• Financial health<br>• OSA supported by Citi/Banamex as evidenced by the Mexican Trust and Waterfall Structure<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• False financial statements<br>• Fraud | Did not terminate OSA's lease of the Halani 1 in 2013 |
| **MADISA**, *see* Section XV(G) | | | | | |
| Citi (Daniel Perez) | 3/2013 | Email | Carlos Marroquin | Fraudulent misrepresentations<br>• MADISA would have "no problem receiving payments from [OSA]"<br>Material omissions<br>• False documentation<br>• False security controls<br>• Fraud | Entered Citi-Connect Agreement in 2013; Continued doing business in 2013-2014 |
| OSA's financial consultant | 2/4/2011 | Mtg | Mario Trevino and Caterpillar Financial employees | Fraudulent misrepresentations<br>• OSA would make timely payments to MADISA<br>• Financial health<br>Material omissions<br>• OSA had a "big line of credit with Banamex"<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Renewed OSA's credit line in 2011; Continued doing business in 2011-2014 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA's financial consultant | 3/20/2012 | Email | Mario Trevino | Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Renewed OSA's line of credit in 2012; Continued doing business in 2012-2014 |
| **Rabobank**, *see* Section XVI | | | | | |
| Citi (Gabriel Arroyo Chávez, Susania Heredia Barajas & Eunice Barrera Montañez) | 2/3/2010 | Mtg | Han Bartelds, Alessandra Jahnel, Remco Voogt & Edwin Sieswerda (Rabobank's counsel at the time) | Material omissions<br>• OSA was on the brink of bankruptcy<br>• Freeze cash advance<br>• Fraud<br>• False financial projections<br>• False documentation<br>• False security controls | Agreed to re-structure Rabobank Loans in 2010 |
| Citi | Daily 9/2012-12/2014 | Email* | OSA & Rabobank | Fraudulent misrepresentations<br>• The Daily Reports accurately reflected movements in discounted and non-discounted accounts<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Continued doing business in 2012-2014 |
| Citi (Jose Ortega-Rivera) & OSA's financial consultant | 7/27/2011 | Email; Call | Edwin Sieswerda & Ron van der Velde | Fraudulent misrepresentations<br>• The cash advance facility was stable and reliable<br>Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | 2011:<br><br>Agreed to amend Rabobank Trust; agreed to renegotiate Rabobank Loans; Continued doing business |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| Citi and OSA | 8/19/2011; 8/23/2011 | Mtg | Edwin Sieswerda | <u>Fraudulent misrepresentations</u><br>• The cash advance facility was stable and reliable<br><u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Continued doing business in 2011 |
| Citi (Jorge Salazar) | 5/10/2012 | Email | Edwin Sieswerda & Han Bartelds | <u>Fraudulent misrepresentations</u><br>• The cash advance facility was stable and reliable<br><u>Material omissions</u><br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | Continued doing business in 2012* |
| Citi (Jorge Salazar) | 7/9/2013 | Email; Call | Han Rizelli, Jasper van Berkel, Hans Bartelds, Edwin Sieswerda, Harry Weinands & Monique Albers | <u>Fraudulent misrepresentations</u><br>• The cash advance facility was stable and reliable<br>• False financial projections<br><u>Material omissions</u><br>• False documentation<br>• False security controls<br>• Fraud | Continued doing business in 2013 |
| OSA (Amado Yáñez & Barry Joseph Barnes) | 2/2/2010 | Mtg | Hans Bartelds Remco Vogt, Alessandra Jahnel & Edwin Sieswerda (Rabobank's counsel at the time) | <u>Fraudulent misrepresentations</u><br>• Financial health<br><u>Material omissions</u><br>• OSA was on the brink of bankruptcy<br>• Freeze cash advance<br>• Fraud<br>• False financial projections<br>• False documentation<br>• False security controls | Agreed to restructure Rabobank Loans in 2010 |

| Who | When | How | To Whom | Fraudulent Misrepresentations / Material Omissions | Reliance |
|---|---|---|---|---|---|
| OSA's financial consultant | 2011 | Calls | Edwin Sieswerda | • Fraudulent misrepresentations<br>• Citi and OSA fixed the cash advance facility problems<br>• The cash advance facility was stable and reliable<br>• Material omissions<br>• False financial projections<br>• False documentation<br>• False security controls<br>• Fraud | 2011:<br><br>Amended Rabobank Trust; renegotiated loans; Continued doing business |
| OSA | 5/18/ 2011 | Email | Rabobank | Fraudulent misrepresentations<br>• OSA would have positive cash flow from 2011-2015<br>• Financial health<br>Material omissions<br>• False documentation<br>• False security controls<br>• Fraud<br>• False financial projections | Modified March 2010 Trust Agreement in 2011 |