UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 16-20725-Civ-GAYLES/TORRES

**OTTO CANDIES, LLC,** *et al.***,**

    Plaintiffs,

vs.

**CITIGROUP INC.**,

    Defendant.

## AMENDED MOTION FOR HEARING

Defendant Citigroup Inc. ("Citigroup") by and through its undersigned counsel, and pursuant to the Honorable Magistrate Judge Edwin G. Torres's Order Setting Discovery Procedures (ECF 224, the "Discovery Order"), respectfully submits this Amended Motion for Hearing to address outstanding discovery issues relating to Citigroup's First Set of Requests for Production ("First RFPs"), Second Requests for Production ("Second RFPs"), and Third Requests for Production ("Third RFPs") at the discovery hearing on Thursday, January 22, 2026, at 1:30 p.m. Citigroup called Chambers on January 15, 2026 and obtained permission to submit this Amended Motion. In support of this Amended Motion and in accordance with the Discovery Order, Citigroup states as follows:

### Background

1. On August 29, 2025, Citigroup served its First RFPs on each of the 30 Plaintiffs. Because certain of the Plaintiffs are affiliated entities, Citigroup served 15 sets of RFPs (one set

for plaintiff Coöperatieve Rabobank U.A., six sets directed to the Shipping Plaintiffs,[1] and nine sets directed to the Bondholder Plaintiffs).[2]

2. On September 24, 2025, Citigroup agreed to a three-week extension of the time for Plaintiffs to respond to Citigroup's First RFPs. On October 20, 2025, the Bondholder Plaintiffs, Coöperatieve Rabobank U.A., and the Shipping Plaintiffs served, respectively, consolidated Responses and Objections ("R&Os") to Citigroup's First RFPs.[3]

### Parties' Pre-Filing Efforts to Meet and Confer on First RFPs

3. Citigroup requested a meet and confer with Plaintiffs on October 28, 2025.

4. The parties met and conferred via Zoom on the Bondholder Plaintiffs' R&Os for approximately two hours on October 29, 2025.

5. The parties continued to meet and confer regarding Plaintiffs' R&Os via e-mail. On November 7, 2025, Citigroup sent (i) a proposed agenda for a second meet and confer concerning all Plaintiffs' R&Os, (ii) a memorialization of points of agreement from the October 29 meet and confer, and (iii) a list of requests for which Citigroup proposes non-custodial,

---

[1] The Shipping Plaintiffs are Otto Candies, LLC; Coastline Maritime Pte. Ltd.; Marfield Ltd. Inc.; Shanara Maritime International, S.A.; Shipyard De Hoop B.V.; Hoop Lobith International B.V.; Gulf Investments and Services Ltd.; Halani International Ltd.; and Maquinas Diesel S.A. de C.V. (MADISA).

[2] The Bondholder Plaintiffs are Adar Macro Fund Ltd.; Ashmore Emerging Markets High Yield Plus Fund Limited; Ashmore Emerging Markets Tri Asset Fund Limited; Ashmore Emerging Markets Debt and Currency Fund Limited; Ashmore SICAV in respect of Ashmore SICAV Emerging Markets Debt Fund; Ashmore SICAV in respect of Ashmore SICAV Emerging Markets Corporate Debt Fund; Ashmore SICAV in respect of Ashmore SICAV Emerging Markets High Yield Corporate Debt Fund; Copernico Capital Partners (Bermuda) Ltd.; HBK Investments L.P.; HBK Master Fund L.P.; ICE Canyon LLC; ICE 1 EM CLO Limited; Moneda S.A. Administradora General de Fondos; Moneda Deuda Latinoamericana Fondo de Inversión; Moneda Renta CLP Fondo de Inversión; Moneda International Inc.; Moneda Latin American Corporate Debt; Padstow Financial Corp.; Nordic Trustee AS; and Waypoint Asset Management LLC.

[3] Unless otherwise noted, a reference to Citigroup's RFPs or the Plaintiffs' R&Os applies equally across all Plaintiffs.

centralized searches to proceed in parallel with any custodian and search negotiations. Citigroup also requested a follow-up meet and confer concerning those items.

6. On November 13 and November 14, 2025, the parties held additional meet-and-confer sessions via Zoom, totaling more than two hours. Following the meet and confer, Plaintiffs provided substantive responses to Citigroup's November 7, 2025 email. Given the parties' continued efforts to resolve or narrow disputes through further meet and confers, the parties agreed to a seven-day extension under Local Rule 26.1(g)(2)(c), extending Citigroup's deadline to raise disputes relating to Citigroup's RFPs to Monday, November 24, 2025.

7. On November 19, 2025, Citigroup emailed Plaintiffs a document summarizing Plaintiffs' agreements from the November 13 and 14 meet and confers and listing outstanding items from earlier meet and confer exchanges. The email also set forth the status of four items addressed in an email from Plaintiffs on November 14 and offered to meet and confer.

8. The parties held a fourth meet and confer, lasting approximately one hour, on November 21, 2025. On November 24, 2025, Plaintiffs provided written responses concerning open items from the November 21, 2025, meet and confer.

9. Despite the parties' efforts to resolve their disputes, a number of discovery disputes remain with respect to the First RFPs.

10. The Court set a hearing on November 25, 2025 for January 22, 2026. ECF 258.

**Parties' Pre-Filing Efforts to Meet and Confer on Second and Third RFPs**

11. On November 28, 2025, Citigroup served its Second RFPs on the Bondholder Plaintiffs. Because certain of the Bondholder Plaintiffs are affiliated entities, Citigroup served 7 sets of RFPs across the Bondholder Plaintiffs. Citigroup also served its Second RFPs on Plaintiff

2

Gulf Investments and Services Ltd. and its Third RFPs on Plaintiffs Moneda, Copernico, Waypoint, and HBK on December 8, 2025.

12. On December 22, 2025, Citigroup agreed to an extension of the time for Plaintiffs to respond to Citigroup's Second and Third RFPs.

13. On January 14, 2026, Plaintiffs served R&Os to Citigroup's Second and Third RFPs.

14. The parties met and conferred via Teams on Plaintiffs' R&Os for approximately 45 minutes on January 15, 2026.

15. Despite the parties' efforts to resolve their disputes, several discovery disputes remain with respect to the Second and Third RFPs.

## Categories of Discovery Matters in Dispute

### First RFPs

16. **Temporal scope for searches and productions.** The parties dispute the appropriate start for document production for Plaintiffs Rabobank and De Hoop. Citigroup has requested a start date of January 1, 2007; Plaintiffs have stated that they will agree to that start date for Rabobank and De Hoop only if Citigroup agrees to the same start date for the entirety of its document production.

17. There is also a dispute regarding the relevant time period end date for purposes of collection and production with respect to Nordic Trustee generally, and as to all Plaintiffs with

3

respect to certain RFPs targeting materials relating to Plaintiffs' claimed damages (and any offsets thereto).[4]

18. In addition, Citigroup believes that for centrally maintained loan or deal files there should be no temporal limitation.  Plaintiffs disagree.

19. **Diligence Materials (Rabobank RFPs 6 and 7 and Shipping Plaintiffs RFP 6).** Citigroup requested all "due diligence" materials related to OSA.  Plaintiffs Rabobank and the Shipping Plaintiffs seek to narrow production to only due diligence they performed in connection with the "Rabobank Loans" and "Shipping and Supplier Transactions."

20. **Other OSA-related actions (RFP 89).**[5]  RFP 89 seeks "All pleadings, transcripts, exhibits, or discovery produced or received in any other litigation, arbitration, bankruptcy, or regulatory action involving or relating to OSA."  Plaintiffs refuse to produce any materials concerning any OSA-related arbitrations in which they are or have been involved.

21. **Secondary-market trading (RFP 97).**[6]  RFP 97 requests "[a]ll Documents and Communications concerning or relating to secondary-market trading of OSA bonds by or for You, including bids, offers, trade confirmations, and clearing records." Citigroup's position is that responsive materials include contemplated or potential transactions, offers, and related internal and external analyses, as these go directly to the element of reliance.  Plaintiffs' position is that to extent the parties' search terms relating only to actual trading identify such documents, they will not withhold them, but they will not affirmatively search for such documents.

---

[4] *i.e.,* RFPs concerning damages (Rabobank: RFPs 58, 62, 88, 90, 95, 96; Shipping Plaintiffs: RFPs 58–61, 87, 95–96) and RFPs concerning mitigation and offsets (Bondholder Plaintiffs: RFPs 64–67, 107, 108; Rabobank: RFPs 65–67, 106–107; Shipping Plaintiffs: RFPs 64–66, 72).

[5] Waypoint RFP 90; Nordic RFP 94; Rabobank RFP 86; Shipping Plaintiffs RFP 85; Otto Candies RFP 86.

[6] Waypoint RFP 98; Nordic RFP 105.

4

**Second RFPs**

22. **Identity and Residence of Investors (Bondholder RFP 1[7]).** RFP 1 seeks "[d]ocuments sufficient to show the identity and residence of each [Bondholder Plaintiff] investor . . . at any time the [Bondholder Plaintiff] held an interest in OSA bonds." The Bondholder Plaintiffs refuse to search for documents in response to this RFP.

23. **Offices Owned or Leased in New York (Ashmore RFP 2).** Ashmore RFP 2 seeks "[d]ocuments sufficient to show that Ashmore . . . owned or leased offices in New York." Plaintiff Ashmore refuses to make any production until after the Court's decision on the pending motion to dismiss.

24. **Nordic Trustee (Nordic Trustee RFPs 1 and 2).** Nordic Trustee RFP 1 seeks "[d]ocuments sufficient to show the identity and residence of each OSA bondholder You purport to represent in this Action." Nordic Trustee RFP 2 seeks "[d]ocuments sufficient to show the date, quantity, and price of each OSA Bondholder's transactions in OSA bonds, to the extent not already produced in response to another Request." For both of these RFPs, Plaintiff Nordic Trustee refuses to make any production until after the Court's decision on the pending motion to dismiss.

25. **Titan Charter Agreement (Gulf RFP 3).** Gulf RFP 3 seeks "[d]ocuments sufficient to show the means by which 'Gulf replaced Baltic as the lessor in the Titan Charter Agreement,'" as alleged in the Third Amended Complaint. Plaintiff Gulf refuses to search for documents in response to this RFP.

---

[7] This includes, from Citigroup's Second RFPs, RFP 1 to Adar, Ashmore, Copernico, and Moneda, RFPs 1 and 2 to Waypoint, and RFPs 1-3 to HBK. These RFPs seek largely similar information.

**Third RFPs**

1. **Authorization to Act as Agent (Moneda, Copernico, and Waypoint RFP 2).** RFP 2 seeks "[a]ll Documents concerning OSA bonds purporting to show [the Investment Manager's] authorization to act as an agent for or on behalf of the [funds]." Plaintiffs Moneda, Copernico, and Waypoint refuse to search for documents in response to this RFP.

2. **Authorization to Act as Agent (HBK RFPs 2 and 4).** HBK RFP 2 seeks "[a]ll Documents concerning OSA bonds purporting to show HBK's authorization to act as an agent for or on behalf of the HBK Fund, GPF II, or EIG, or ICE or the ICE Fund . . . or purporting to show that the HBK Fund 'represents the interests and pursues the claims of' GPF II or EIG." HBK RFP 4 seeks "[a]ll Documents concerning OSA bonds purporting to show ICE's authorization to act as an agent for or on behalf of the ICE Fund." For both of these RFPs, Plaintiff HBK refuses to search for documents.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(2), Defendant's counsel conferred with Plaintiffs' counsel via email, Zoom, and Teams in a good faith effort to resolve the issues in this Amended Motion. The parties were unable to reach an agreement.

DATED:  January 15, 2026            Respectfully submitted,

By: */s/ John Gueli*

Adam S. Hakki, *pro hac vice*
John Gueli, *pro hac vice*
John Nathanson, *pro hac vice*
ALLEN OVERY SHEARMAN STERLING US LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
adam.hakki@aoshearman.com
jgueli@aoshearman.com
john.nathanson@aoshearman.com

Michael P. Mitchell, *pro hac vice*
ALLEN OVERY SHEARMAN STERLING US LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Tel: (202) 508-8000
michael.mitchell@aoshearman.com

Manuel A. Garcia-Linares
DAY PITNEY LLP
396 Alhambra Circle, 14th Floor
Miami, Florida 33134
(305) 373-4000
mgarcialinares@daypitney.com
gthompson@daypitney.com

**Counsel for Defendant Citigroup Inc.**

**CERTIFICATE OF SERVICE**

I certify that on January 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

By: _/s/ Manuel A. Garcia-Linares_
MANUEL A. GARCIA-LINARES