**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

Case No. 16-20725-Civ-GAYLES/TORRES

**OTTO CANDIES, LLC, *et al.*,**

     Plaintiffs,

vs.

**CITIGROUP INC.,**

     Defendant.

---

**SECOND AMENDED MOTION FOR HEARING**

Defendant Citigroup Inc. ("Citigroup"), by and through its undersigned counsel, and pursuant to the Honorable Magistrate Judge Edwin G. Torres's Order Setting Discovery Procedures (ECF 224, the "Discovery Order"), respectfully submits this Second Amended Motion for Hearing to address outstanding discovery issues relating to (i) Citigroup's Third Requests for Production ("Third RFPs"), (ii) Fourth Requests for Production ("Fourth RFPs"), (iii) Fifth Requests for Production ("Fifth RFPs") and (iv) the custodians to be searched by Plaintiffs to identify electronic communications and documents responsive to Citigroup's requests for production.  Pursuant to the Court's Order of March 27, 2026, Citigroup submits this Second Amended Motion for Hearing to identify the discovery issues it seeks to be addressed at the discovery hearing the Court currently scheduled for June 17, 2026, which is in the process of being rescheduled, as Plaintiffs indicate they are not available.  ECF 309.  In support of this Second Amended Motion and in accordance with the Discovery Order, Citigroup states as follows:

**Background**

1. On January 2, 2026, Citigroup served its Third RFPs on Plaintiff Adar Macro Fund Ltd. ("Adar") and Fourth RFPs on (i) Plaintiff Copernico Capital Partners (Bermuda) Ltd. ("Copernico"), (ii) Plaintiffs Moneda S.A. Administradora General de Fondos ("Moneda S.A.") and Moneda International Inc. ("Moneda International"), and (iii) Plaintiff Waypoint Asset Management LLC ("Waypoint") (together, the "January 2, 2026 RFPs").

2. On February 2, 2026, Plaintiffs Adar, Copernico, Moneda S.A., Moneda International, and Waypoint served their Responses and Objections ("R&Os") to Citigroup's January 2, 2026 RFPs.

3. On March 13, 2026, Citigroup served its Third RFPs on Plaintiff Nordic Trustee and Fifth RFPs on (i) Plaintiffs HBK Investments L.P. and HBK Master Fund L.P. (in their own capacity and as EIG Global Project Fund II, Ltd.'s, ICE Canyon LLC's, and ICE 1 EM CLO Limited's assignee or successor in interest) (together, "HBK"); and (ii) Plaintiffs Moneda S.A., Moneda Deuda Latinoamericana Fondo de Inversión ("Moneda Deuda"), Moneda Renta CLP Fondo de Inversión, Moneda International, Moneda Latin American Corporate Debt, and Padstow Financial Corp. (collectively, "Moneda") (together, the "March 13, 2026 RFPs").

4. On April 13, 2026, Plaintiffs Nordic Trustee, HBK, and Moneda served their R&Os to Citigroup's March 13, 2026 RFPs.

**Parties' Pre-Filing Efforts to Meet and Confer Regarding January 2, 2026 RFPs**

5. Citigroup requested a meet-and-confer with Plaintiffs on February 18, 2026 with respect to the January 2, 2026 RFPs.

6. The parties met and conferred via Zoom on Plaintiffs' R&Os for approximately 30 minutes on February 24, 2026.

7.      Citigroup requested a second meet-and-confer with Plaintiffs for either February 25, 2026 or February 26, 2026.

8.      Given the parties' continued efforts to resolve or narrow disputes through further meet-and-confers, the parties agreed on February 27, 2026 to a seven-day extension under Local Rule 26.1(g)(2)(c), extending Citigroup's deadline to raise disputes relating to Citigroup's January 2, 2026 RFPs to Monday, March 9, 2026.

9.      The parties scheduled a second meet-and-confer for March 4, 2026.

10.     On March 4, 2026, prior to the second meet-and-confer, Plaintiffs emailed Citigroup indicating that Plaintiffs "have determined that we will not produce documents responsive to these requests" and therefore "we do not believe there is any need for the parties to meet and confer this afternoon."  The second meet-and-confer therefore did not take place.

11.     Thus, a discovery dispute remains with respect to the Third RFPs to Adar and the Fourth RFPs to Copernico, Moneda S.A., Moneda International, and Waypoint.

**Parties' Pre-Filing Efforts to Meet and Confer Regarding March 13, 2026 RFPs**

12.     Citigroup requested a meet-and-confer with Plaintiffs on May 5, 2026 with respect to the March 13, 2026 RFPs.

13.     Given the parties' continued efforts to resolve or narrow disputes through further meet-and-confers, the parties agreed on May 7, 2026 to a seven-day extension under Local Rule 26.1(g)(2)(c), extending Citigroup's deadline to raise disputes relating to the March 13, 2026 RFPs to Monday, May 18, 2026.

14.     On May 14, 2026, the parties met and conferred via Zoom regarding Plaintiffs' R&Os for approximately 40 minutes.  During the meet-and-confer, Plaintiffs stated that they would

3

revert with their final position on certain RFPs; however, Plaintiffs were not able to provide a definitive position by close of business on May 18, 2026.

15. The parties have therefore been unable to reach agreement as to the Third RFPs to Nordic Trustee and the Fifth RFPs to HBK and Moneda.

### Parties' Pre-Filing Efforts to Meet and Confer on Plaintiffs' Custodians

16. On December 29, 2025, Citigroup shared with Plaintiffs a proposal for document custodians to be used by Plaintiffs.

17. On January 22, 2026, Plaintiffs responded to Citigroup's custodian proposal and agreed to meet and confer. Plaintiffs also shared with Citigroup a proposal for document custodians to be used by Citigroup.

18. The parties met and conferred via Zoom regarding both Plaintiffs' and Citigroup's proposed custodians on February 4, 2026 for approximately two hours, on February 13, 2026 for approximately one hour, and on March 26, 2026 for approximately 20 minutes.

19. The parties also exchanged numerous emails concerning custodians, including on February 2, 2026, February 6, 2026, February 20, 2026, February 26, 2026, March 4, 2026, March 9, 2026, March 11, 2026, March 16, 2026, March 17, 2026, March 19, 2026, March 20, 2026, March 23, 2026, and March 26, 2026.

20. The parties have been unable to reach agreement as to six of Plaintiffs' custodians requested by Citigroup.

### Discovery Matters in Dispute

### Citigroup's RFPs

21. **Third Adar RFPs 1 and 2, Fourth Copernico RFP 5, Fourth Waypoint RFP 5, Fourth Moneda RFPs 5 and 6.** Citigroup requested all documents evidencing or concerning the

"valuable consideration" referenced in certain assignment agreements produced by Plaintiffs at ADAR-00000001, ADAR-00000002, COPERNICO-00000002, WAYPOINT-00000002, MONEDA-00000001, and MONEDA-00000003. Adar, Copernico, Moneda, and Waypoint refuse to search for documents in response to these RFPs.

22. **Third Adar RFP 3, Fourth Moneda RFP 7.** Citigroup requested all documents evidencing or concerning Adar's "winding down" referenced in ADAR-00000002 and MLF Trust's "winding down" as referenced in MONEDA-00000001. Adar and Moneda refuse to search for documents in response to these RFPs.

23. **Third Adar RFPs 4 and 5.** Citigroup requested all documents evidencing or concerning the May 16, 2025 transfer of bonds referenced in ADAR-00000001 and the September 20, 2022 transfer of bonds referenced in ADAR-00000002. Adar refuses to search for documents in response to these RFPs.

24. **Fourth Moneda RFP 8.** Citigroup requested all documents evidencing or concerning the acquisition of "OSA bonds and the recovery resulting from those bonds through a merger" referenced in MONEDA-00000003. Moneda refuses to search for documents in response to this RFP.

25. **Fourth Moneda RFP 9.** Citigroup requested all documents evidencing or concerning the "reorganization of Moneda Deuda" referenced in MONEDA-00000003. Moneda refuses to search for documents in response to this RFP.

26. **Fifth HBK RFPs 3 and 4.** Citigroup requested documents evidencing or concerning the "valuable consideration" referenced in the Assignment of Claims and Recovery Proceeds between HBK and EIG Global Project Fund II, Ltd., dated March 20, 2018, and in the Assignment of Claims and Recovery Proceeds between HBK and Plaintiffs ICE Canyon LLC and

ICE 1 EM CLO Limited (collectively, "ICE"), dated March 14, 2024.  HBK refuses to search for documents in response to these RFPs.

27. **Fifth HBK RFP 5.**  Citigroup requested documents evidencing the "winding down" of ICE, as referenced in the Assignment of Claims and Recovery Proceeds between HBK and ICE, dated March 14, 2024.  HBK refuses to search for documents in response to this RFP.

28. **Fifth Moneda RFP 4.**  Citigroup requested documents evidencing Moneda Deuda's "merger with Fondo Larrain," as referenced in MONEDA-00000003.  Moneda refuses to search for documents in response to this RFP.

29. **Third Nordic RFPs 18 and 19.**  Citigroup requested documents evidencing the formation or establishment of the "Litigation Funding SPV" referenced in the Summons to Bondholders' Meeting dated February 22, 2016 (the "February 22, 2016 Summons") and the "Equity Issue by the Litigation Funding SPV" referenced in the February 22, 2016 Summons.  Nordic Trustee refuses to search for documents in response to these RFPs.

30. **Third Nordic RFP 20.**  Citigroup requested correspondence or agreements between Nordic Trustee and the "Litigation Funding SPV" referenced in the February 22, 2016 Summons concerning or related to Nordic Trustee's enforcement actions, collection efforts, or mitigation efforts alleged in the Third Amended Complaint.  Nordic Trustee refuses to search for documents in response to this RFP.

**Plaintiffs' Custodians**

31. Citigroup has requested that Plaintiff Otto Candies, LLC add four document custodians: Paul Candies, Jorge Sepulveda, Karl Zimmermann, and Helen Bauer.  Plaintiff Otto Candies has refused to add Candies, Sepulveda, and Bauer.  With respect to Mr. Zimmermann, Plaintiff Otto Candies agreed only to collect and produce his communications with third parties.

32.     Citigroup has requested that Plaintiff MADISA add Carlos Marroquín as a custodian, but Plaintiff MADISA has refused.

33.     Citigroup has requested that Plaintiff HBK add Peter Diepenmaat as a custodian, but Plaintiff HBK has refused.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(2), Defendant's counsel conferred with Plaintiffs' counsel via email and Zoom in a good faith effort to resolve the issues in this Second Amended Motion. The parties were unable to reach an agreement.

Dated:  May 18, 2026               Respectfully submitted,

By:   /s/ John Gueli

Adam S. Hakki, *pro hac vice*
John Gueli, *pro hac vice*
John Nathanson, *pro hac vice*
ALLEN OVERY SHEARMAN STERLING US LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
adam.hakki@aoshearman.com
jgueli@aoshearman.com
john.nathanson@aoshearman.com

Michael P. Mitchell, *pro hac vice*
ALLEN OVERY SHEARMAN STERLING US LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Tel: (202) 508-8000
michael.mitchell@aoshearman.com

Manuel A. Garcia-Linares
DAY PITNEY LLP
396 Alhambra Circle, 14th Floor
Miami, Florida 33134
(305) 373-4000
mgarcialinares@daypitney.com
gthompson@daypitney.com

*Counsel for Defendant Citigroup Inc.*

8

## CERTIFICATE OF SERVICE

I certify that on May 18, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

By:  */s/ Manuel A. Garcia-Linares*
MANUEL A. GARCIA-LINARES