**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO. 16-20725-CIV-GAYLES-TORRES**

OTTO CANDIES, LLC, et al.,

      Plaintiffs,

      v.

CITIGROUP INC.,

      Defendant.

**CITIGROUP INC.'S UNOPPOSED MOTION FOR ENTRY OF ORDER ON BRIEFING SCHEDULE CONCERNING NORDIC TRUSTEE'S STANDING**

Pursuant to the Honorable Magistrate Judge Edwin G. Torres's instruction at the June 17, 2026 hearing [ECF No. 327] on Defendant's Motion to Dismiss the Third Amended Complaint [ECF No. 190] ("Motion to Dismiss"), Defendant Citigroup Inc. ("Citigroup") respectfully submits this unopposed motion to set a briefing schedule on matters concerning Defendant's challenge to Plaintiff Nordic Trustee's standing. In support, Defendant states as follows:

1. On June 17, 2026, this Court heard argument on Defendant's Motion to Dismiss, including with respect to Defendant's challenge to Plaintiff Nordic Trustee's standing.

2. During the June 17, 2026 hearing, the Court directed the Parties to confer on a plan to further brief the standing dispute, including with respect to the submission of expert evidence on Norwegian law. *See* June 17, 2026 Hearing Tr. 105:22-24; 270:12-16.

3.      The Parties also agreed at the June 17, 2026 hearing to confer as to the timing of Citigroup's answer to Plaintiffs' Third Amended Complaint [ECF No. 187] (the "TAC"). *See* June 17, 2026 Hearing Tr. 108:1-24.

4.      Counsel for the Parties conferred on June 23, June 25, and July 1, 2026.  The Parties are in agreement (i) as to the schedule pursuant to which the Parties will submit briefing and supporting materials relating to Defendant's challenge to Plaintiff Nordic Trustee's standing, subject to Plaintiffs' reservation of rights as to whether an FRCP 12(b)(1) motion is the appropriate procedural vehicle for Defendant's challenge to Nordic Trustee's standing, and (ii) that Plaintiff Nordic Trustee's discovery obligations shall be held in abeyance pending a Report and Recommendation by Judge Torres on Defendant's Rule 12(b)(1) motion and the resolution of any objections thereto by Judge Gayles.  The attached Proposed Order sets forth the agreed briefing schedule and agreed stay of discovery as to Nordic Trustee.

5.      The Parties have a dispute as to when Citigroup must file its answer to the TAC. Citigroup has been informed that Plaintiffs will file a motion addressing both the briefing schedule for Citigroup's challenge to Nordic Trustee's standing (which schedule will be the same as the schedule in the attached Proposed Order) and the timing of Citigroup's answer to the TAC, to which Citigroup will respond separately.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion and enter the attached Proposed Order.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), counsel conferred with Plaintiffs' counsel via email and videoconference on June 23, June 25, and July 1, 2026 in a good faith effort to resolve the issues in this motion.  Plaintiffs take no position on the relief requested in this Motion.

Dated:  July 2, 2026

Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING
US LLP

By:  */s/ Manuel A. Garcia-Linares*

Adam S. Hakki (*pro hac vice*)
John Gueli (*pro hac vice*)
John A. Nathanson (*pro hac vice*)
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
adam.hakki@aoshearman.com
jgueli@aoshearman.com
john.nathanson@aoshearman.com

Michael Mitchell (*pro hac vice*)
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 683-3800
michael.mitchell@aoshearman.com

DAY PITNEY LLP

Manuel Garcia-Linares (Fla. Bar No. 985252)
Georgia A. Thompson (Fla. Bar No. 100181)
396 Alhambra Circle
North Tower, 14th Floor
Miami, Florida 33134
Tel: (305) 373-4000
Fax: (305) 373-4099
mgarcialinares@daypitney.com
gthompson@daypitney.com

*Counsel for Defendant Citigroup Inc.*

3

## CERTIFICATE OF SERVICE

I certify that on July 2, 2026, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and that I have mailed by United States Postal Service the document to any non-CM/ECF participants.

By:   */s/ Manuel A. Garcia-Linares*
Manuel A. Garcia-Linares

**SERVICE LIST**
16-20725-CIV-GAYLES-TORRES

Juan P. Morillo
juanmorillo@quinnemanuel.com
Derek L. Shaffer
derekshaffer@quinnemanuel.com
Gabriel F. Soledad
gabrielsoledad@quinnemanuel.com
Lauren H. Dickie (admitted *pro hac vice*)
laurendickie@quinnemanuel.com
David H. Needham (admitted *pro hac vice*)
davidneedham@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 6TH Street, N.W., 11th Floor
Washington, D.C. 20001

David Cooper (admitted *pro hac vice*)
davidcooper@quinnemanuel.com
Samantha Gillespie (admitted *pro hac vice*)
samanthagillespie@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, NY 10016

Laura N. Ferguson (admitted *pro hac vice*)
lauraferguson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 South Bayshore Drive, Ste. 1550
Miami, FL 33133

Vasundhara Ziemba-Prasad
vasundharaprasad@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199

Terry L. Wit
terrywit@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

and

Peter W. Homer
phomer@homerbonner.com
Gregory J. Trask
gtrask@homerbonner.com
Kevin P. Jacobs
kjacobs@homerbonner.com
HOMER BONNER JACOBS, P.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131

*Counsel for Plaintiffs*