**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO. 16-20725-CIV-GAYLES-TORRES**

OTTO CANDIES, LLC, et al.,

      Plaintiffs,

      v.

CITIGROUP INC.,

      Defendant.

## JOINT MOTION FOR ENTRY OF DISCOVERY ORDER

Pursuant to the Honorable Magistrate Judge Edwin G. Torres's Order Setting Discovery Procedures [ECF No. 224], the Parties respectfully submit this Joint Motion for Entry of Discovery Order following the June 17, 2026 hearing on Defendant's Second Amended Motion for Hearing [ECF No. 316] ("Defendant's Amended Motion").  In support, the Parties state as follows:

1.      On June 17, 2026, at 1:00 p.m., this Court heard argument on Defendant's Amended Motion concerning various disputes between the Parties with respect to Citigroup's Third, Fourth, and Fifth Sets of Requests for Production to certain Plaintiffs (collectively, the "RFPs"), and Citigroup's request that Plaintiff Otto Candies, Plaintiff MADISA, and Plaintiff HBK add certain individuals as document custodians.

2.      During the June 17, 2026 hearing, this Court addressed the RFPs and custodian issues in dispute, entered oral rulings on the disputed matters, and directed the Parties to submit a Proposed Discovery Order reflecting those rulings.

3.      Counsel for the Parties have conferred and agree that the attached Proposed Discovery Order accurately reflects the Court's rulings.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and enter the attached Proposed Discovery Order.

Dated:  July 15, 2026

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

ALLEN OVERY SHEARMAN STERLING US LLP

By:  /s/ *Lauren Dickie*

By:  /s/ *Manuel A. Garcia-Linares*

Juan P. Morillo (Fla. Bar No. 135933)
Gabriel F. Soledad (*pro hac vice*)
Derek L. Shaffer (*pro hac vice*)
Samantha Gillespie (*pro hac vice*)
Lauren H. Dickie (*pro hac vice*)
David H. Needham (*pro hac vice*)
1300 I St. NW, Ste. 900
Washington, D.C. 20005
Telephone: (202) 538-8000
juanmorillo@quinnemanuel.com
gabrielsoledad@quinnemanuel.com
derekshaffer@quinnemanuel.com
samanthagillespie@quinnemanuel.com
laurendickie@quinnemanuel.com
davidneedham@quinnemanuel.com

Adam S. Hakki (*pro hac vice*)
John Gueli (*pro hac vice*)
John A. Nathanson (*pro hac vice*)
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
adam.hakki@aoshearman.com
jgueli@aoshearman.com
john.nathanson@aoshearman.com

Vasundhara Ziemba-Prasad (*pro hac vice*)
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
vasundharaprasad@quinnemanuel.com

Michael Mitchell (*pro hac vice*)
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 683-3800
michael.mitchell@aoshearman.com

DAY PITNEY LLP

Laura N. Ferguson (Fla. Bar No. 1047701)
2601 S. Bayshore Dr., Ste. 1550
Miami, FL 33133
Telephone: (305) 402-4880
lauraferguson@quinnemanuel.com

Manuel Garcia-Linares (Fla. Bar No. 985252)
Georgia A. Thompson (Fla. Bar No. 100181)
396 Alhambra Circle
North Tower, 14th Floor
Miami, Florida 33134
Tel: (305) 373-4000
Fax: (305) 373-4099
mgarcialinares@daypitney.com
gthompson@daypitney.com

HOMER BONNER JACOBS ORTIZ, P.A.

*Counsel for Defendant Citigroup Inc.*

Peter W. Homer (Fla. Bar No. 291250)
Gregory J. Trask (Fla. Bar No. 0055883)
Kevin P. Jacobs (Fla. Bar No. 169821)
1200 Four Seasons Tower

3

1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 350-5100
phomer@homerbonner.com
gtrask@homerbonner.com
kjacobs@homerbonner.com

*Counsel for Plaintiffs*