**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Miami Division**

**CASE NO. 16-20725-CIV-GAYLES-TORRES**

OTTO CANDIES, LLC, et al.,

      Plaintiffs,

      v.

CITIGROUP INC.,

      Defendant.

**JOINT MOTION FOR ENTRY OF DISCOVERY ORDERS**
**ON PLAINTIFFS' SECOND AMENDED CROSS-MOTION FOR HEARING [D.E. 322]**

Pursuant to the Honorable Magistrate Judge Edwin G. Torres's Order Setting Discovery Procedures [D.E. 224], the Parties respectfully submit this Joint Motion for Entry of Discovery Orders following the June 17, 2026, hearing on Plaintiffs' Second Amended Cross-Motion for Hearing [D.E. 322] (the "Motion").  In support, the Parties state as follows:

1.      On June 17, 2026, this Court heard argument on the Motion concerning various disputes between the Parties concerning Plaintiffs' First Amended Requests for Production, Second Requests for Production ("Second RFPs"), and certain ESI-related topics.

2.      During that hearing, this Court addressed certain of the disputes and entered oral rulings.  The Court requested that the Parties submit a Proposed Discovery Order reflecting those rulings, as well as a separate Proposed Discovery Order on Plaintiffs' Second RFPs No. 203.

3.      Counsel for the Parties have conferred, and they agree that the attached Proposed Discovery Orders accurately reflect the Court's rulings.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and enter the attached Proposed Discovery Orders.

Dated:  July 15, 2026

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By:  /s/ *Juan P. Morillo*

Juan P. Morillo (Fla. Bar No. 135933)
Gabriel F. Soledad (*pro hac vice*)
Derek L. Shaffer (*pro hac vice*)
David Cooper (*pro hac vice*)
Lauren H. Dickie (*pro hac vice*)
David H. Needham (*pro hac vice*)
555 13th Street NW, Suite 600
Washington, D.C. 20004
Telephone: (202) 538-8000
juanmorillo@quinnemanuel.com
gabrielsoledad@quinnemanuel.com
derekshaffer@quinnemanuel.com
davidcooper@quinnemanuel.com
laurendickie@quinnemanuel.com
davidneedham@quinnemanuel.com

Laura N. Ferguson (Fla. Bar No. 1047701)
2601 S. Bayshore Dr., Ste. 1550
Miami, Florida 33133
Telephone: (305) 402-4880
lauraferguson@quinnemanuel.com

Samantha I. Gillespie (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
samanthagillespie@quinnemanuel.com

Vasundhara Ziemba-Prasad (*pro hac vice*)
111 Huntington Ave., Ste. 520
Boston, MA 02199
Telephone: (617) 712-7100
vasundharaprasad@quinnemanuel.com

Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING
US LLP

By:  /s/ *Michael Mitchell*

Adam S. Hakki (*pro hac vice*)
John Gueli (*pro hac vice*)
John A. Nathanson (*pro hac vice*)
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
adam.hakki@aoshearman.com
jgueli@aoshearman.com
john.nathanson@aoshearman.com

Michael Mitchell (*pro hac vice*)
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 683-3800
michael.mitchell@aoshearman.com

DAY PITNEY LLP

Manuel Garcia-Linares (Fla. Bar No. 985252)
Georgia A. Thompson (Fla. Bar No. 100181)
396 Alhambra Circle
North Tower, 14th Floor
Miami, Florida 33134
Tel: (305) 373-4000
Fax: (305) 373-4099
mgarcialinares@daypitney.com
gthompson@daypitney.com

*Counsel for Defendant Citigroup Inc.*

2

HOMER BONNER JACOBS ORTIZ, P.A.

Peter W. Homer (Fla. Bar No. 291250)
Gregory J. Trask (Fla. Bar No. 0055883)
Kevin P. Jacobs (Fla. Bar No. 169821)
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 350-5100
phomer@homerbonner.com
gtrask@homerbonner.com
kjacobs@homerbonner.com

*Counsel for Plaintiffs*

3